| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 50.175.40.57 | 1/22/14 01:34:12 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Cypress | Harris |
| 2 | 50.162.11.217 | 1/22/14 01:29:38 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 3 | 98.200.81.237 | 1/22/14 09:41:26 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Pasadena | Harris |
| 4 | 98.197.168.169 | 1/22/14 02:54:54 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Galveston | Galveston |
| 5 | 98.200.97.182 | 1/21/14 10:20:02 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 6 | 98.196.189.22 | 1/21/14 02:50:21 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 7 | 98.201.206.250 | 1/20/14 02:30:12 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Deer Park | Harris |
| 8 | 98.195.123.27 | 1/18/14 07:30:45 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Katy | Harris |
| 9 | 98.194.100.30 | 1/18/14 03:54:32 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Pearland | Brazoria |
| 10 | 98.201.67.124 | 1/18/14 12:49:40 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 11 | 98.198.34.216 | 1/17/14 12:15:52 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Galveston | Galveston |
| 12 | 76.30.235.71 | 1/17/14 09:31:36 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 13 | 98.195.90.158 | 1/16/14 01:41:45 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Friendswood | Galveston |
| 14 | 98.201.51.202 | 1/16/14 02:14:31 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Baytown | Chambers |
| 15 | 98.199.114.188 | 1/15/14 01:58:34 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Sugar Land | Fort Bend |
| 16 | 50.175.131.188 | 1/14/14 04:39:29 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Spring | Harris |
| 17 | 76.31.19.9 | 1/12/14 11:58:29 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 18 | 50.175.81.127 | 1/12/14 10:51:44 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Lake Jackson | Brazoria |
| 19 | 98.195.245.117 | 1/11/14 06:09:18 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |

**Exhibit B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | 50.175.131.28 | 1/11/14 11:35:46 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Spring | Harris |
| 21 | 98.201.90.131 | 1/10/14 08:05:15 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 22 | 98.198.71.137 | 1/9/14 10:47:27 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Lake Jackson | Brazoria |
| 23 | 50.175.18.233 | 1/8/14 04:28:58 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Spring | Harris |
| 24 | 98.199.217.164 | 1/8/14 03:21:15 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Humble | Harris |
| 25 | 98.198.179.134 | 1/8/14 02:05:09 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 26 | 98.201.54.196 | 1/7/14 09:40:37 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Baytown | Chambers |
| 27 | 50.171.110.49 | 1/7/14 02:12:07 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 28 | 98.195.99.95 | 1/7/14 06:52:28 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Friendswood | Galveston |
| 29 | 98.197.231.37 | 1/7/14 01:09:24 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | League City | Galveston |
| 30 | 98.200.236.150 | 1/6/14 11:02:05 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 31 | 98.194.205.37 | 1/6/14 08:44:23 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 32 | 98.194.9.198 | 1/6/14 07:27:45 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Spring | Harris |
| 33 | 98.196.222.163 | 1/6/14 01:20:04 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Pasadena | Harris |
| 34 | 76.30.52.98 | 1/6/14 12:16:01 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 35 | 98.194.156.230 | 1/5/14 09:11:17 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 36 | 50.175.38.153 | 1/5/14 05:17:17 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 37 | 98.195.201.21 | 1/5/14 03:35:46 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Spring | Harris |
| 38 | 98.199.204.236 | 1/5/14 06:09:34 AM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Katy | Harris |
| 39 | 98.195.175.153 | 1/5/14 02:29:25 | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |

| | | AM | | | | |
|---|---|---|---|---|---|---|
| 40 | 50.175.99.104 | 1/4/14 08:21:32 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |
| 41 | 98.196.68.206 | 1/4/14 03:37:20 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Richmond | Fort Bend |
| 42 | 50.171.39.190 | 1/4/14 03:17:30 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Katy | Harris |
| 43 | 98.195.163.214 | 1/4/14 02:04:52 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Missouri City | Fort Bend |
| 44 | 98.200.86.87 | 1/4/14 01:43:01 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Deer Park | Harris |
| 45 | 98.199.247.216 | 1/4/14 12:06:39 PM | SHA1: AE9D9207F77DF66E96B7E81C860D13364CD0C085 | Comcast Cable | Houston | Harris |